**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

SECURITIES AND EXCHANGE
COMMISSION,
          Plaintiff,

    vs.

JAMES R. COLLINS AND
ROBERT F. DIMEO,

          Defendants.

**Case No.: 1:21-cv-05040**

**Honorable Edmond E. Chang**

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF
JUDGMENT AGAINST DEFENDANT ROBERT F. DIMEO**

Plaintiff, U.S. Securities and Exchange Commission ("SEC") respectfully moves for the

entry of judgement against Defendant Robert F. DiMeo ("Defendant DiMeo"). In support of this

unopposed motion, the SEC states as follows:

    1.      Defendant DiMeo has pleaded guilty to criminal conduct relating to certain

matters alleged in the complaint in this action.  Specifically, in *United States v. Collins et al*., 20-

cr-232 (N.D. IL, Guzman J.) Defendant DiMeo pleaded guilty to one count of mail fraud in

violation of 18 U.S.C. § 1341 and for purposes of computing his sentence only, stipulated to

committing an additional offense of bank fraud in violation of 18 U.S.C. § 1344. In connection

with that plea, Defendant DiMeo admitted the facts set out in the plea agreement that is

appended to the Consent attached hereto as Exhibit 1.

    2.      Defendant DiMeo's sentencing in the aforementioned criminal matter has not yet

been scheduled.

    3.      In light of the foregoing, the SEC and Defendant DiMeo have reached a

bifurcated settlement that resolves all non-monetary relief and sets up a framework, if these

parties are unable resolve the monetary claims after Defendant DiMeo has been criminally sentenced, for the Court to resolve the SEC's monetary claims against Defendant DiMeo.

4.      Defendant DiMeo has consented to the entry of judgment against him, Exhibit 1 is an executed copy of the Consent.

5.      Exhibit 2 is a proposed judgement as to Defendant DiMeo.

6.      With regard to the non-monetary relief, Defendant DiMeo has agreed to, among other things, permanent injunctions to not violate certain provisions of the federal securities laws and from serving as an officer or director of a public company.  Exhibit 2 ¶¶ I-III.

7.      With regard to the monetary relief, Defendant DiMeo has agreed that, among other things, upon the SEC's Motion the Court shall determine whether it is appropriate to order (and if so, the amounts) disgorgement of ill-gotten gains, prejudgment interest, and/or a civil penalty pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)].  *Id.*, ¶ IV.

8.      Defendant DiMeo consents to this motion.[1]

WHEREFORE, the SEC respectfully moves for the entry of judgment against Defendant Robert F. DiMeo.

---

[1] The SEC has not conferred with counsel for defendant James R. Collins as this motion relates only to Defendant DiMeo.

- 3 -

Respectfully submitted this 22nd day of August 2022.

By:    /s/ *David A. Nasse*           

David A. Nasse (*pro hac vice*)
Christopher E. Martin (*pro hac vice*)
Jonathan Polish
U.S. SECURITIES & EXCHANGE COMMISSION
100 F Street N.E.
Washington, DC 20549
(202) 551-4426
nassed@sec.gov

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 22, 2022, he filed the foregoing document with the district court's CM/ECF system, which will automatically cause a copy of the document to be sent to all counsel of record.


   /s/ David A. Nasse