IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>JAMES R. COLLINS AND ROBERT F. DIMEO,<br><br>        Defendants. | **Case No.: 1:21-cv-05040**<br><br>**Honorable LaShonda A. Hunt**<br>**Magistrate Beth W. Jantz** |

### JOINT STATUS REPORT

Pursuant to the Court's October 15, 2024 Minute Order (Dkt. 77) ("Order"), Plaintiff U.S. Securities and Commission ("SEC"), Defendant James R. Collins ("Collins"), and Intervenor the United States of America ("United States") (together the "Parties") submit the following Joint Status Report:

1. The SEC initiated this action on September 23, 2021. Collins answered on November 22, 2021. The initial parties to this litigation conducted discovery under the supervision of Magistrate Judge Sunil R. Harjani until December 2022, when the United States moved to intervene and stay this litigation ("Motion to Intervene") pending the result of a parallel criminal proceeding that was initiated against Collins by indictment on December 12, 2022. Dkt. 49; *see United States v. Collins,* 22-cr-639 (N.D. Ill.) ("Criminal Case No.2"). On December 21, 2022, pending resolution of the briefing on the Motion to Intervene, the Court stayed discovery. Dkt. 50. On January 26, 2023, the Court, over Collins's objection, granted the Motion to Intervene, allowed the United States to intervene, and stayed this matter. Dkt. 54.

2. On November 21, 2023, Defendant Collins entered a plea of guilty ("Plea

Agreement") to one count of violating 18 U.S.C. § 1341 in a separate criminal case pending before Judge Valderrama. *See United States v. Collins et al*. 20-cr-232, Dkt. 175 (N.D. Ill, November 21, 2023) ("Criminal Case No. 1"). As part of the Plea Agreement for purposes of computing his sentence, Collins stipulated to an additional offense that includes facts largely consistent with the facts alleged in the Complaint in this matter as well as the indictment in Criminal Case No. 2. On August 7, 2024, Judge Durkin set the next status hearing in Criminal Case No. 2 for March 5, 2025 pending sentencing in Criminal Case No.1, and with knowledge, pursuant to the terms of Collins' Plea Agreement in Criminal Case 1, that the Government will dismiss Criminal Case 2 after Collins is sentenced in Criminal Case 1. *See* Criminal Case No. 2, Dkt. 30.

3. On Sept. 19, 2024, the court in Criminal Case No.1 held an evidentiary hearing relating to two Sentencing Guideline issues.

4. The Parties submit the following developments since their last joint status report filed on October 11, 2024. Dkt. 74.

> a. The sentencing hearing in Criminal Case No. 1 is set for March 5, 2025 before Judge Valderrama.[1]
>
> b. In light the Plea Agreement, Collins and the SEC continue to discuss a potential resolution of this matter as to liability with remedies to be determined after sentencing in Criminal Case 1 and the government's dismissal of Criminal Case 2. The SEC's staff has presented Collins with a written settlement offer as to liability and non-monetary remedies. Although Collins has not yet executed the written settlement

---

[1] Defendant DiMeo has a status hearing scheduled on April 7, 2025 before Judge Valderrama in the criminal case, at which time his sentencing date will be set.

offer, Mr. Collins expects finalize a settlement with the SEC in the near future.

5. Given the pendency of the criminal proceedings, the Parties do not believe further hearings are warranted at this time in this matter but will update the Court regarding developments concerning a possible bifurcated resolution of the SEC's case against Collins or if sentencing occurs in the criminal matters.

/s/ **_Christopher E. Martin_**
David A. Nasse (*pro hac vice*)
Christopher E. Martin (*pro hac vice*)

U.S. SECURITIES & EXCHANGE COMMISSION
100 F Street N.E. Washington, DC
20549

(202) 551-4426
nassed@sec.gov

(303) 844-1106
martinc@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

/s/ *Terence H. Campbell*
Terence H. Campbell
COTSIRILOS, POLOUS, & CAMPBELL, LTD.
55 E. Monroe Street, Suite 3250
Chicago, IL, 606603
(312) 263-0345

*Attorney for James R. Collins*

/s/ **_Matthew Getter_**
Matthew Getter
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300