# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States Securities and Exchange Commission
                              Plaintiff,

v.
                              Case No.: 1:21−cv−05040

                              Honorable LaShonda A. Hunt

James R. Collins, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Attorney Christopher E. Martin's motion to withdraw [84] was not noticed for presentment in accordance with this Court's case management procedures. Counsel is reminded to review and comply with all court procedures. For future reference, non−compliant motions may be summarily stricken. As a one−time courtesy, the Court will consider and grant the motion [84]. Christopher E. Martin is terminated as attorney for Plaintiff Securities and Exchange Commission. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.