IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES R. COLLINS AND ROBERT F. DIMEO,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-05040<br><br>**Honorable LaShonda A. Hunt**<br>**Magistrate Beth W. Jantz** |

## JOINT STATUS REPORT

Pursuant to the Court's April 25, 2025 Minute Order (Dkt. 86) ("Order"), Plaintiff U.S. Securities and Commission ("SEC"), Defendants James R. Collins ("Collins") and Robert F. DiMeo ("DiMeo"), and Intervenor the United States of America ("United States") (together the "Parties") submit the following Joint Status Report:

### A. Procedural History

1. The SEC initiated this action on September 23, 2021. Collins and DiMeo answered on November 22, 2021.

2. On August 11, 2022, DiMeo entered a plea of guilty (DiMeo Plea Agreement) to one count of violating 18 U.S.C. § 1341 in a separate criminal case then pending before Judge Guzman. *See United States v. Collins et al*. 20-cr-232 (N.D. Ill) ("Criminal Case No. 1"), Dkt. 127 As part of the Plea Agreement for purposes of computing his sentence, DiMeo stipulated to an additional offense that includes facts largely consistent with the facts alleged in the Complaint in this matter. In light of the DiMeo Plea Agreement, on August, 22, 2022, the SEC moved for entry of judgment against DiMeo by consent, imposing injunctive and other non-monetary relief while delaying a motion as to potential monetary relief. Dkt. 31.

On August 26, 2022, the Court granted the SEC's motion and entered judgment against DiMeo imposing injunctive and other non-monetary relief. Dkt. 33. On September 12, 2022, the Court ordered that briefing regarding monetary relief as to DiMeo should be delayed until after the criminal proceedings against him are complete. Dkt. 34.

3. The SEC and Collins continued to conduct discovery in this matter until December 2022, when the United States moved to intervene and stay this litigation ("Motion to Intervene") pending the result of a parallel criminal proceeding that was initiated against Collins by indictment on December 12, 2022. Dkt. 49; *see United States v. Collins,* 22-cr-639 (N.D. Ill.) ("Criminal Case No.2"). On December 21, 2022, pending resolution of the briefing on the Motion to Intervene, the Court stayed discovery. Dkt. 50. On January 26, 2023, the Court, over Collins's objection, granted the Motion to Intervene, allowed the United States to intervene, and stayed this matter. Dkt. 54.

4. On November 21, 2023, Defendant Collins entered a plea of guilty ("Collins Plea Agreement") to one count of violating 18 U.S.C. § 1341 in Criminal Case No. 1 now before Judge Valderrama. *See* Criminal Case No 1, Dkt. 175. As part of the Collins Plea Agreement for purposes of computing his sentence, Collins stipulated to an additional offense that includes facts largely consistent with the facts alleged in the Complaint in this matter and Criminal Case No. 2. *Id*.

B. Recent Developments

1. The Parties submit the following developments since their last joint status report filed on February 13, 2024. Dkt. 79.

    a. On March 5, 2025, Collins was sentenced in Criminal Case No. 1 to, among other conditions, a term of 48 months of incarceration, 24 months of community

       service, and ordered to pay restitution in the amount of $67,243,790.94. Criminal Case No. 1, Dkt. 231. As part of the Collins Plea Agreement, the United States moved to dismiss Criminal Case No. 2, which was granted on March 14, 2025. Criminal Case No. 2, Dkt. 46.

    b.  In light of the Collins Plea Agreement, on March 10, 2025, the SEC moved for entry of judgment against Collins by consent, imposing injunctive and other non-monetary relief while delaying a motion as to potential monetary relief. Dkt. 81. On March 11, 2025, the Court granted the SEC's motion and entered judgment against Collins imposing injunctive and other non-monetary relief as well as continuing the existing stay in the case as to briefing on monetary relief pending resolution of Criminal Case No. 1.  Dkt. 82, 83.

    c.  On June 25, 2025, DiMeo was sentenced in Criminal Case No. 1 to, among other conditions, 1 day of incarceration considered served, followed by 12 months of of supervised release to include 90 days of home confinement, 100 hours of community service, and ordered to pay restitution, jointly with Collins, in the amount of $67,243,790.94.[1]

2.    Following conclusion of Criminal Cases Nos. 1 and 2, counsel for the SEC and the Defendants have met and conferred and believe they have reached an agreement in principle to the resolve this litigation entirely. The parties are working through the final language of this potential resolution, and it will be  subject to approval by the full U.S. Securities and Exchange Commission — a process that can take weeks.

3.    In light of the foregoing, the Parties believe it is appropriate to continue the stay

---

[1] DiMeo's sentence has not yet posted in the docket in Criminal Case No.1, but this information has been confirmed by counsel for DiMeo who also represents him in Criminal Case No. 1.

of this matter for a period of 90 days to allow sufficient time for the settlement in principle to be approved by the SEC and for the SEC to then move for entry of a final judgment pursuant to this agreed upon resolution. Should the Parties be unable to finalize a settlement in this matter for any reason, they will file a status report with the Court before the end of this 90-day period.

Dated: June 27, 2025

/s/ **David Nasse**
David A. Nasse (*pro hac vice*)
U.S. SECURITIES & EXCHANGE COMMISSION
100 F Street N.E. Washington,
DC 20549
(202) 551-4426
nassed@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*

/s/ **Matthew Getter**
Matthew Getter
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

*Attorney for Intervenor United States*

/s/ **Terrence Campbell**
Terence H. Campbell
Cotsirilos, Tighe, Streicker,
Polous, & Campbell, Ltd.
33 North Dearborn Street, Suite 600
Chicago, IL, 606602
(312) 263-0345

*Attorney for James R. Collins*

/s/ **William Ziegelmueller**
William P. Ziegelmueller
Arent Fox Schiff LLP
233 South Wacker Dr, Suite 7100
Chicago, Illinois 60606
(312) 258-5576

*Attorney for Robert F. DiMeo*